**In re** Grove Instruments, Inc._____,    **Case No.** _____
                              **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADT Security Services<br>PO Box 631877<br>Irving , TX 75063-0030 | | | | | | | $156.00 |
| ACCOUNT NO.<br><br>American Express<br>PO Box 1270<br>Newark, NJ 07101 | | | | | | | $7,354.36 |
| ACCOUNT NO.<br><br>Antione Kaldany<br>1069 West Roxbury Parkway<br>Chestnut Hill, MA 02467 | | | | | | | $2,000.00 |
| ACCOUNT NO.<br><br>Arthur Combs<br>17 Barrows Road<br>Shrewsbury, MA 01545 | | | march thru April 2015<br>Severance Pay | | | | $24,184.61 |

   __11__ continuation sheets attached

Subtotal➤    $ **33,694.97**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.**          , Case No. _____
  **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arthur Sherwood MD<br>131 Sherwood Drive<br>Tuckhannock, PA 18657 | | | | | | | $151,611.00 |
| ACCOUNT NO.<br><br>Benning Associates, LLC<br>1 Broadway<br>14th Floor<br>Cambridge, MA 02142 | | | | | | | $18,752.87 |
| ACCOUNT NO.<br><br>Bill Mattson<br>214 Carlyle Lake Dr<br>St. Louis, MO 63141 | | | | | | | $103,726.00 |
| ACCOUNT NO.<br><br>Carlon Graziano<br>425 East 58th Street<br>39A<br>New York, NY 10022 | | | | | | | $102,148.00 |

Sheet no. __1__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **376,237.87**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.** ,  Case No. _____
          **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City of Worcester<br>PO Box 15602<br>Worcester, MA 01615-0602 | | | | | | | $62.81 |
| ACCOUNT NO.<br>Claire Clark<br>2750 Gulf Shore Blvd N<br>Unit 101<br>Naples, FL 34103 | | | | | | | $375,315.00 |
| ACCOUNT NO.<br>Craig Mello, Phd<br>University of Mass Medical School<br>Albert Sheman Center, Suite AS-2047<br>368 Plantation Street<br>Worcester, MA 01605 | | | | | | | $2,000.00 |
| ACCOUNT NO.<br>David M. Harlan, MD<br>University of MA School of Medicine<br>UMass Memorial Health Care<br>55 Lake Avenue North<br>Worcester, MA 01655 | | | | | | | $2,000.00 |

Sheet no. **2** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $ **379,377.81**

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.** ,                    Case No. _____
       **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DigiKey <br> 701 Brooks Avenue South <br> Thief River Falls, MN 56701 | | | | | | | $189.78 |
| ACCOUNT NO. <br><br> Donald Jones <br> Kepler 400 1302 <br> San Andres Cholula <br> Puebla, Mexico 72180 | | | | | | | $129,548.00 |
| ACCOUNT NO. <br><br> Everon Technology <br> c/o Plum Choice <br> 900 Chelmsford Street, Tower 3, Floor 11 <br> Lowell, MA 01851 | | | | | | | $4,505.75 |
| ACCOUNT NO. <br><br> Finnegan, Henderson, Farabow <br> Garrett & Dunner, L.L.P. <br> Dept 6059 <br> Washington, DC 20042-6059 | | | | | | | $88,222.76 |

Sheet no. **3** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $ **222,466.29**

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.** ,                              Case No. _____
         **Debtor**                                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gary Girzon<br>166 Goodmans Hill Road<br>Sudbury, MA 01776 | | | | | | | $145.07 |
| ACCOUNT NO.<br><br>Grove Street Family Properties LLC<br>100 Grove Street<br>Suite #201<br>Worcester, MA 01605 | | | | | | | $11,709.48 |
| ACCOUNT NO.<br><br>Hamilton, Brook, Smith & Reynold<br>530 Virginia Road<br>PO Box 9133<br>Concord, MA 01742-9133 | | | | | | | $21.00 |
| ACCOUNT NO.<br><br>Hindsight Imaging, Inc.<br>4 Fairbanks St, Suite 4<br>Brookline, MA 02246 | | | | | | | $22,600.00 |

Sheet no. __4__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **34,475.55**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.**                  ,           Case No. _____
                **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hogan Lovells US LLP<br>Columbia Square<br>555 Thriteenth Street, NW<br>Washington, DC 20004 | | | | | | | $5,164.00 |
| ACCOUNT NO.<br><br>Imagitec LLC<br>118 West 137th St. #5C<br>New York, NY 10030 | | | | | | | $36,461.93 |
| ACCOUNT NO.<br><br>J. Paul Lock, MD<br>15 Shanandoah Drive<br>Paxton, MA 01612 | | | | | | | $9,000.00 |
| ACCOUNT NO.<br><br>Lewis, Rice & Fingersh<br>600 Washington Ave<br>Suite 2500<br>St. Louis, MO 63101-1311 | | | | | | | $9,316.62 |

Sheet no. __5__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **59,942.55**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.** , Case No. _____
        **Debtor**     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>M Love & Associates<br>67 Millbrook Street<br>Worcester, MA 01606 | | | | | | | $1,315.00 |
| ACCOUNT NO.<br><br>Mass Medic<br>715 Albany St. TW1<br>Boston, MA 02118 | | | | | | | $350.00 |
| ACCOUNT NO.<br><br>McMaster Carr<br>PO Box 7690<br>Chicago, IL 60680-7690 | | | | | | | $350.29 |
| ACCOUNT NO.<br><br>Mirick, O'Connell, DeMaillie & Lougee, LLP<br>100 Front Street<br>Worcester, MA | | | | | | | $110,965.57 |

Sheet no. **6** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **112,980.86**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.** ,                           Case No. _____
               **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MMP, USA Inc.<br>999 Yamato Road<br>Boca Raton, FL 33431 | | | | | | | $5,000.00 |
| ACCOUNT NO.<br>Mouser Electronics<br>PO Box 99319<br>Fort Worth, TX 76199-0319 | | | | | | | $62.18 |
| ACCOUNT NO.<br>New England Institutional Review<br>PO Box 360690<br>Pittsburgh, PA 15251-6690 | | | | | | | $2,040.00 |
| ACCOUNT NO.<br>Oxford Global Resources, Inc.<br>PO Box 3256<br>Boston, MA 02241-3256 | | | | | | | $7,248.00 |

Sheet no. __7__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **14,350.18**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.**                ,                    Case No. _____
      **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peter Kiely<br>311 Maine Ave<br>South Hampton, NH 03827 | | | | | | | $107,496.00 |
| ACCOUNT NO.<br><br>Rob Farwell<br>216 Carlyle Lake Drive<br>St. Louis, MO 63141 | | | | | | | $155,589.00 |
| ACCOUNT NO.<br><br>Schiller Advisors LLC<br>23 Kirkland circle<br>Wellesley, MA 02481 | | | | | | | $29,872.01 |
| ACCOUNT NO.<br><br>Schurman Consulting<br>5 Purdue Drive<br>Richboro, PA 18954 | | | | | | | $21,089.41 |

Sheet no. __8__ of __11__ continuation sheets attached                                Subtotal➤    $ **314,046.42**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                                    Total➤    $
                                        (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable on the Statistical
                                        Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.**                    ,                    Case No. _____
          **Debtor**                                                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Software Wholesale Int. <br> PO Box 2297 <br> Longmont , CO 80502 | | | | | | | $12,344.00 |
| ACCOUNT NO. <br><br> Thorlabs <br> 56 Sparta Ave <br> Newton, NJ 07860-0366 | | | | | | | $1,534.77 |
| ACCOUNT NO. <br><br> Tornado Spectral Systems <br> 555 Richmond St. W. <br> Suite 705 <br> Toronto, ON M5V 3B1 | | | | | | | $15,000.00 |
| ACCOUNT NO. <br><br> Trig Solberg <br> PO Box 50 <br> Minocqua, WI 54548 | | | | | | | $805,767.00 |

Sheet no. __9__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $  **834,645.77**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.**_____,  Case No. _____
                    **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Trust of Claire and Charles Clark**<br>**2750 Gulf Shore Blvd, N**<br>**Unit 101**<br>**Naples, FL 34103** | | | | | | | **$511,178.00** |
| ACCOUNT NO.<br>**University of Massachusetts Club**<br>**225 Franklin Street**<br>**33rd Floor**<br>**Boston, MA 02110-2804** | | | | | | | **$66.00** |
| ACCOUNT NO.<br>**Verizon Telephone**<br>**PO Box 15124**<br>**Albany, NY 12212-5124** | | | | | | | **$373.33** |
| ACCOUNT NO.<br>**W.B. MasonCo., Inc.**<br>**PO Box 981101**<br>**Boston, MA 02298-1101** | | | | | | | **$321.79** |

Sheet no. **10** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $    **511,939.12**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Grove Instruments, Inc.** , Case No. _____
          **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Websitebackup Company<br>2375 E. Camelback Road<br>Suite 600<br>Phoenix, AZ 85016 | | | | | | | $70.00 |
| ACCOUNT NO.<br><br>William Hopper<br>27153 North 96th Way<br>Scottsdale, AZ 85262 | | | | | | | $267,644.00 |
| ACCOUNT NO.<br><br>William V. Tamborlane<br>61 Waterside Lane<br>Clinton, CT 06413 | | | | | | | $2,000.00 |

Sheet no. **11** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **269,714.00**

Total➤    $ **3,163,871.39**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)