United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 15-40733-cjp
Grove Instruments, Inc.                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4         User: jk              Page 1 of 4           Date Rcvd: Oct 01, 2018
                            Form ID: pdf012        Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
```
db             #+Grove Instruments, Inc.,   100 Grove Street,   Suite 315,   Worcester, MA 01605-2647
aty             Robert J Pearl,   Pearl Law Firm,   7400 Tamiami Trail North,   Naples, FL  01778
intp           +Ivan J Reich,   Shendell & Pollock, PL,   2700 North Military Trail,   Suite 150,
                 Boca Raton, FL 33431-1808
19495408       +American Express,   PO Box 1270,   Newark, NJ 07101-1270
19495409       +Antione Kaldany,   1069 West Roxbury Parkway,   Chestnut Hill, MA 02467-3167
19572824       #+Arthur H. Combs,   47 Standish Road,   Wellesley MA 02481-5318
19555265       +Arthur Sherwood M.D.,   131 Sherwood Drive,   Tuckhannock, PA 18657-7003
19495411       +Arthur Sherwood MD,   131 Sherwood Drive,   Tuckhannock, PA 18657-7003
19495412       +Benning Associates, LLC,   1 Broadway,   14th Floor,   Cambridge, MA 02142-1187
19495413       +Bill Mattson,   214 Carlyle Lake Dr,   St. Louis, MO 63141-7544
19495414       +Carlon Graziano,   425 East 58th Street,   39A,   New York, NY 10022-2379
19523005       +Carlyle Lake Investments,   216 Carlyle Lake Drive,   St. Louis, MO 63141-7544
19495415        City of Worcester,   PO Box 15602,   Worcester, MA 01615-0602
19495416       +Claire Clark,   2750 Gulf Shore Blvd N,   Unit 101,   Naples, FL 34103-4351
19495417       +Craig Mello, Phd,   University of Mass Medical School,   Albert Sheman Center, Suite AS-2047,
                 368 Plantation Street,   Worcester, MA 01605-2324
19629606       +Davenport Realty Trust,   20 North Main Street,   South Yarmouth, MA 02664-3135
19495418       +David M. Harlan, MD,   University of MA School of Medicine,   UMass Memorial Health Care,
                 55 Lake Avenue North,   Worcester, MA 01655-0002
19495420       +DigiKey,   701 Brooks Avenue South,   Thief River Falls, MN 56701-2703
19495421       +Donald Jones,   100 Grant Street,   Depere, WI 54115-2002
19629612       +Edmund A. Schwesinger, Jr.,   323 Railroad Avenue,   Greenwich, CT 06830-6779
19572924        Eric Strohl,   The Pearl Law Firm, P.A.,   Robert J. Pearl, Esq.,
                 7400 Tamiami Trail N., Suite 101,   Naples, FL 34108
19495422       +Everon Technology,   c/o Plum Choice,   900 Chelmsford Street, Tower 3, Floor 11,
                 Lowell, MA 01851-8100
19523006       +Farwell Investment Group,   216 Carlyle Lake Drive,   St. Louis, MO 63141-7544
19564174       +Farwell Investment Group LP,   216 Carlyle Lake Drive,   St. Louis, MO 63141-7544
19572471       +Finnegan, Henderseon, Farabow, Garrett,   & Dunner, LLP,   901 New York Avenue NW, 5th Floor,
                 Washington, DC 20001-4435
19495423        Finnegan, Henderson, Farabow,   Garrett & Dunner, L.L.P.,   Dept 6059,
                 Washington, DC 20042-6059
19495424       +Gary Girzon,   166 Goodmans Hill Road,   Sudbury, MA 01776-2412
19495425       +Grove Street Family Properties LLC,   100 Grove Street,   Suite #201,
                 Worcester, MA 01605-2630
19495426        Hamilton, Brook, Smith & Reynold,   530 Virginia Road,   PO Box 9133,   Concord, MA 01742-9133
19629609       +Hannu I. & Sinkka E. Harjunm,   14 Damon Road,   Holden, MA 01520-2622
19495427       +Hindsight Imaging, Inc.,   4 Fairbanks St, Suite 4,   Brookline, MA 02446-4629
19495428        Hogan Lovells US LLP,   Columbia Square,   555 Thriteenth Street, NW,   Washington, DC 20004
19495432        Internal Revenue Service,   Special Proc. Function Stop 20800, PO Bo,
                 Boston, Massachusetts 02203
19495433       +J. Paul Lock, MD,   15 Shanandoah Drive,   Paxton, MA 01612-1015
19572917        Jacqueline Strohl,   The Pearl Law Firm, P.A.,   Robert J. Pearl, Esq.,
                 7400 Tamiami Trail N., Suite 101,   Naples, FL 34108
19512431        John B. Leavitt,   11 Bolton Rd.,   Newton, MA 02460-2102
19572925        John P. Herron,   The Pearl Law Firm, P.A.,   Robert J. Pearl, Esq.,
                 7400 Tamiami Trail N., Suite 101,   Naples, FL 34108
19573052        Joseph S. Offshack,   The Pearl Law Firm, P.A.,   Robert J. Pearl, Esq.,
                 7400 Tamiami Trail N., Suite 101,   Naples, FL 34108
19495434        Lewis, Rice & Fingersh,   600 Washington Ave,   Suite 2500,   St. Louis, MO 63101-1311
19495435       +M Love & Associates,   67 Millbrook Street,   Worcester, MA 01606-2846
19495436       +MA Department of Revenue,   Bankruptcy Unit,   PO box 9564,   Boston, Massachusetts 02114-9564
19495443       +MMP, USA Inc.,   999 Yamato Road,   Boca Raton, FL 33431-4477
19495438       +Mass Medic,   715 Albany St. TW1,   Boston, MA 02118-2526
19495440       +Massachusetts Life Sciences Center,   1000 Winter Street,   Suite 2900,   South Entrance,
                 Waltham, MA 02451-1499
19495441        McMaster Carr,   PO Box 7690,   Chicago, IL 60680-7690
19507496       +McMaster-Carr Supply Company,   PO Box 5370,   Princeton, NJ 08543-5370
19495442       +Mirick, O'Connell, DeMaillie & Lougee, L,   100 Front Street,   Worcester, MA 01608-1477
19629607       +Mitchell Delorenzo,   28 Pebblebrook Court,   Berlin, CT 06037-4061
19495444        Mouser Electronics,   PO Box 99319,   Fort Worth, TX 76199-0319
19523009       +Myles L. Strohl,   328 Bow Line,   Naples, FL 34103-4723
19573111        Myles L. Strohl,   The Pearl Law Firm, P.A.,   Robert J. Pearl, Esq.,   7400 Tamiami Trail N.,
                 Suite 101,   Naples, FL 34108
19595390       +New England Independant Review Board, LLC,   C/O WIRB - Copernicus Group, Inc.,
                 ATTN: Paralegal,   1019 39th Ave. SE, Suite 120,   Puyallup, WA 98374-2118
19495445        New England Institutional Review,   PO Box 360690,   Pittsburgh, PA 15251-6690
19495446        Oxford Global Resources, Inc.,   PO Box 3256,   Boston, MA 02241-3256
19495447       +Peter Kiely,   311 Maine Ave,   South Hampton, NH 03827-3528
19629603       +R. Schorr Berman,   100 Sweetwater Ave,   Bedford, MA 01730-1122
19629604       +Richard Burtt,   23 Pier 7,   Charlestown, MA 02129-4225
19495448       +Rob Farwell,   216 Carlyle Lake Drive,   St. Louis, MO 63141-7544
19523010       +Robert A. Peura,   80 Calamint Hill Road South,   Princeton, MA 01541-2002
```

```
District/off: 0101-4          User: jk            Page 2 of 4             Date Rcvd: Oct 01, 2018
                              Form ID: pdf012      Total Noticed: 83


19573110       Robert J. Pearl, Esq.,   The Pearl Law Firm, P.A.,   7400 Tamiami Trail N.,   Suite 101,
                Naples, FL 34108
19629611      +Roy R. Pfautch,   52 Portland Place,   St. Louis, MO 63108-1242
19495449      +Schiller Advisors LLC,   23 Kirkland circle,   Wellesley, MA 02481-4811
19495450      +Schurman Consulting,   5 Purdue Drive,   Richboro, PA 18954-1245
19495451      +Software Wholesale Int.,   PO Box 2297,   Longmont , CO 80502-2297
19629608       The George F. and Sybil H.,   Fuller Foundation,   c/o Dennis F. Gorman,
                Fletcher Tilton & Whipple, PC,   370 Main Street,   Worcester, MA 01608-1779
19573055       The Myles Strohl ESBT Trust,   The Pearl Law Firm, P.A.,   Robert J. Pearl, Esq.,
                7400 Tamiami Trail N., Suite 101,   Naples, FL 34108
19495452      +Thorlabs,   56 Sparta Ave,   Newton, NJ 07860-2402
19495453       Tornado Spectral Systems,   555 Richmond St. W.,   Suite 705,   Toronto, ON M5V 3B1
19495454      +Trig Solberg,   PO Box 50,   Minocqua, WI 54548-0050
19523011      +Trust Agreement of Myles L. Strohl,   fbo Erick and Vicki Strohl,   8 Ashbridge Court,
                Collegeville, PA 19426-4404
19495455      +Trust of Claire and Charles Clark,   2750 Gulf Shore Blvd, N,   Unit 101,
                Naples, FL 34103-4351
19556193      +W.B. Mason Co. Inc.,   59 Centre Street,   Brockton, MA 02301-4075
19495458       W.B. MasonCo., Inc.,   PO Box 981101,   Boston, MA 02298-1101
19495459      +Websitebackup Company,   2375 E. Camelback Road,   Suite 600,   Phoenix, AZ 85016-3493
19572922       William B. Wicka,   The Pearl Law Firm, P.A.,   Robert J. Pearl, Esq.,
                7400 Tamiami Trail N., Suite 101,   Naples, FL 34108
19495460      +William Hopper,   27153 North 96th Way,   Scottsdale, AZ 85262-8442
19565857      +William Royce Mattson Jr. Revocable Living Trust,   c/o Bill Mattson,   214 Carlyle Lake Drive,
                St. Louis, MO 63141-7544
19495461      +William V. Tamborlane,   61 Waterside Lane,   Clinton, CT 06413-2142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19495407      +E-mail/Text: amscbankruptcy@adt.com Oct 02 2018 01:29:03      ADT Security Services,
                PO Box 371490,   Pittsburg, PA 15250-7490
19495419      +E-mail/Text: REV_Bankruptcy_General@state.de.us Oct 02 2018 01:28:47
                Delaware Division of Revenue,   Carvel State Office Building,   820 North French Street,
                Wilmington, DE 19801-3509
19495431       E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 01:28:41      Internal Revenue Service,
                PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
19495439      +E-mail/Text: duabankruptcy@detma.org Oct 02 2018 01:28:49
                Massachusetts Division of Unemployment A,   19 Staniford Street,   Boston, MA 02114-2502
19495457       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 02 2018 01:28:37
                Verizon Telephone,   PO Box 15124,   Albany, NY 12212-5124
                                                                                  TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19564176*     +Carlyle Lake Investments, LLC,   216 Carlyle Lake Drive,   St. Louis, MO 63141-7544
19523007*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Special Procedures Staff,   PO Box 9112,
                Boston, MA  02203)
19495430*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Special Procedures Staff, PO Box 9112,
                Boston, Massachusetts 02203)
19629605*     +John Cammett,   1839 Hurricane Harbor Lane,   Naples, FL 34102-5100
19495437*      MA Dept. of Revenue,   Bankruptcy Unit, PO Box 9564,   Boston, Massachusetts 02114-9564
19629610*     +Robert A. Peura,   80 Calamint Hill Road,   South Princeton, MA 01541-2002
19495410      ##+Arthur Combs,   17 Barrows Road,   Shrewsbury, MA 01545-2324
19495429      ##+Imagitec LLC,   118 West 137th St. #5C,   New York, NY 10030-2571
19523008      ##+John Cammett,   1839 Hurricane Harbor Lane,   Naples, FL 34102-5100
19495456      ##+University of Massachusetts Club,   225 Franklin Street,   33rd Floor,   Boston, MA 02110-2843
                                                                           TOTALS: 0, * 6, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0101-4          User: jk              Page 3 of 4              Date Rcvd: Oct 01, 2018
                              Form ID: pdf012        Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
          Andrew G. Lizotte    on behalf of Accountant    Verdolino & Lowey P.C. agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
           cc@ecf.pacerpro.com
          Andrew G. Lizotte    on behalf of Trustee Janice  Marsh agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
           cc@ecf.pacerpro.com
          Andrew G. Lizotte    on behalf of Special Counsel    Finnegan, Henderson, Farabow, Garrett & Dunner
           agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
           cc@ecf.pacerpro.com
          Andrew G. Lizotte    on behalf of Plaintiff Janice  Marsh agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
           cc@ecf.pacerpro.com
          Brian P. McDonough    on behalf of Interested Party   Berkley Insurance Company
           bmcdonough@zelmcd.com,   mlees@zelmcd.com;mcohen@zelmcd.com
          Courtney  Worcester   on behalf of Creditor    Massachusetts Life Science Center
           CWORCESTER@FOLEY.COM
          Daniel J. Carragher    on behalf of Defendant Robert   Brady djcarragher@daypitney.com,
           djcarragher@ecf.inforuptcy.com
          David M. Nickless    on behalf of Debtor    Grove Instruments, Inc. dnickless@npolegal.com
          Gary M. Weiner    on behalf of Interested Party Arthur   Combs GWeiner@Weinerlegal.com,
           MShapiro@Weinerlegal.com
          Gary M. Weiner    on behalf of Defendant Arthur   Combs GWeiner@Weinerlegal.com,
           MShapiro@Weinerlegal.com
          Gary M. Weiner    on behalf of Interested Party    Weiner Law Firm, P.C. GWeiner@Weinerlegal.com,
           MShapiro@Weinerlegal.com
          George A. Berman    on behalf of Defendant Richard   Burtt gberman@peabodyarnold.com
          George A. Berman    on behalf of Defendant Schorr   Berman gberman@peabodyarnold.com
          George A. Berman    on behalf of Defendant Robert   Pueura gberman@peabodyarnold.com
          George A. Berman    on behalf of Defendant Mark   Fuller gberman@peabodyarnold.com
          George A. Berman    on behalf of Defendant Donald   Jones gberman@peabodyarnold.com
          Ivan  Reich    on behalf of Interested Party Ivan J Reich Ivan@shendellpollock.com,
           britt@shendellpollock.com;ken@shendellpollock.com
          Ivan  Reich    on behalf of Interested Party Arthur   Combs Ivan@shendellpollock.com,
           britt@shendellpollock.com;ken@shendellpollock.com
          Ivan  Reich    on behalf of Defendant Arthur   Combs Ivan@shendellpollock.com,
           britt@shendellpollock.com;ken@shendellpollock.com
          Janice  Marsh    janicemarsh1@gmail.com,   MA44@ecfcbis.com,lbrennan@fletchertilton.com
          John E. Sutherland    on behalf of Defendant John  Cammett jes@brickleysears.com
          Kristin D. Casavant    on behalf of Interested Party Edmund A. Schwesinger kcasavant@jonesday.com,
           nlwashington@jonesday.com
          Kristin D. Casavant    on behalf of Defendant  Joseph  Morrow kcasavant@jonesday.com,
           nlwashington@jonesday.com
          Kristin D. Casavant    on behalf of Defendant Edward A Schwesinger, Jr. kcasavant@jonesday.com,
           nlwashington@jonesday.com
          Kristin D. Casavant    on behalf of Interested Party Joseph J. Morrow kcasavant@jonesday.com,
           nlwashington@jonesday.com
          Mark W. Corner   on behalf of Interested Party Myles   Strohl mcorner@riemerlaw.com,
           ahall@riemerlaw.com;ndailey@riemerlaw.com
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
          Robert  Maselek   on behalf of Interested Party    Berkley Insurance Company rmaselek@zelmcd.com
          Robert A. McCall    on behalf of Defendant Mark   Fuller rmccall@peabodyarnold.com
          Robert A. McCall    on behalf of Defendant Arthur   Combs rmccall@peabodyarnold.com
          Robert A. McCall    on behalf of Defendant Schorr   Berman rmccall@peabodyarnold.com
          Robert A. McCall    on behalf of Defendant Donald   Jones rmccall@peabodyarnold.com
          Robert A. McCall    on behalf of Defendant Richard   Burtt rmccall@peabodyarnold.com
          Robert A. McCall    on behalf of Defendant Robert   Pueura rmccall@peabodyarnold.com
          Sara  Shanahan   on behalf of Interested Party Richard   Burtt sjshanahan@sherin.com
          Sara  Shanahan   on behalf of Interested Party Robert   Peura sjshanahan@sherin.com
```

District/off: 0101-4          User: jk              Page 4 of 4             Date Rcvd: Oct 01, 2018
                             Form ID: pdf012        Total Noticed: 83


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sara  Shanahan    on behalf of Interested Party Donald  Jones sjshanahan@sherin.com
          Sara  Shanahan    on behalf of Interested Party Schorr  Berman sjshanahan@sherin.com
          Steven  Weiss    on behalf of Interested Party Arthur  Sherwood sweiss@ssfpc.com,
           alewkowicz@ssfpc.com
          William  Covino   on behalf of Defendant Donald  Jones wcovino@peabodyarnold.com
          William  Covino   on behalf of Defendant Schorr  Berman wcovino@peabodyarnold.com
          William  Covino   on behalf of Defendant Robert  Pueura wcovino@peabodyarnold.com
          William  Covino   on behalf of Defendant Richard  Burtt wcovino@peabodyarnold.com
          William  Covino   on behalf of Defendant Mark  Fuller wcovino@peabodyarnold.com
          William T. Bogaert    on behalf of Interested Party  Berkley Insurance Company
           william.bogaert@wilsonelser.com,  Marjorie.VanGalen@wilsonelser.com
                                                                                    TOTAL: 45

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:     Grove Instruments, Inc.     §         Case No.  15-40733 CJP

§

§

          Debtors     §

---

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR), OBJECTION/RESPONSE DEADLINE AND HEARING DATE

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Janice Marsh, trustee of the above styled estate, has filed a final report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The trustee's complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Harold Donohue Federal Building and Courthouse
595 Main Street, Room 311
Worcester, MA 01608-2076

The following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection with the Court at the address above on or before November 1, 2018 by 4:30 P.M. and serve a copy of the objection(s) upon the trustee, any party whose application is being challenged, and the United States Trustee.

### HEARING

A hearing on the fee applications and any objection to the Final Report will be held at 10:00 A.M. on November 8, 2018 in Courtroom 3, 3rd floor at the Harold Donohue Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608-2076. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay the applications and dividends pursuant to FRBP 3009 without further order of the Court.

If no objections are timely filed, the court at its discretion may cancel the hearing.

Date Mailed October 1, 2018                    By Janet Keller_____
                                               Deputy Clerk

Please contact the Trustee Janice Marsh
446 Main Street, 19th Floor
Worcester, MA  01608
(509) 797-5500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: GROVE INSTRUMENTS, INC.         §   Case No. 15-40733

                                     §

                                     §

Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
Janice G. Marsh Chapter 7 Trustee_____ , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Donohue Federal Building
595 Main Street
Worcester, Ma 01608-2076

The following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved, or to the
Final Report, must file a written objection with the court at the address above on or before
_____ by_____ and serve a copy of the objection(s) upon the trustee, any
party whose application is being challenged, and the United States Trustee.

### HEARING

A hearing on the fee applications and any objection to the Final Report will be held at
_____ on _____ in Courtroom 3 at the Harold Donahue Federal Building
and Courthouse, 595 Main Street, Worcester, MA 01608. If no objections are filed, upon entry
of an order on the fee applications, the trustee may pay the applications and dividends pursuant
to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/30/2018          By:   /s/ Janice G. Marsh, Chapter 7 Trustee
                                                      Trustee

Janice G. Marsh Chapter 7 Trustee
446 Main Street, 19th Floor
Worcester, MA  01608
(508) 797-5500
janicemarsh1@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: GROVE INSTRUMENTS, INC. § Case No. 15-40733

§

§

Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 878,602.10

*and approved disbursements of*  $ 329,951.28

*leaving a balance on hand of*  [1]  $ 548,650.82

**Balance on hand:**  $ 548,650.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00

Remaining balance:  $ 548,650.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janice G. Marsh Chapter 7 Trustee | 47,180.11 | 17,977.65 | 29,202.46 |
| Attorney for Trustee, Fees - Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | 6,376.00 | 6,376.00 | 0.00 |
| Attorney for Trustee, Expenses - Finnegan, Henderson, Farabow, Garrett & Dunner | 1,528.75 | 1,528.75 | 0.00 |
| Accountant for Trustee, Fees - Verdolino & Lowey, PC | 44,065.50 | 31,365.50 | 12,700.00 |
| Accountant for Trustee, Expenses - Verdolino & Lowey, PC | 6,877.47 | 3,625.36 | 3,252.11 |
| Auctioneer Fees - Paul E. Saperstein Co., Inc. | 4,651.83 | 4,651.83 | 0.00 |
| Other Expenses: Commonwealth of Mass. | 1,048.00 | 1,048.00 | 0.00 |
| Attorney for Trustee Fees - Hendel & Collins, PC | 15,842.23 | 15,842.23 | 0.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Attorney for Trustee Fees - Murphy & King, PC | 289,461.50 | 213,636.50 | 75,825.00 |
| Attorney for Trustee Fees - voided | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Expenses - Murphy & King, PC | 21,639.50 | 17,261.59 | 4,377.91 |
| Attorney for Trustee Expenses - voided | 0.00 | 0.00 | 0.00 |
| Accountant for Trustee, Fees - voided | 0.00 | 0.00 | 0.00 |
| Other Expenses: Commonwealth of Massachusetts | 456.00 | 456.00 | 0.00 |
| Other Expenses: Mitch DeLorenzo | 75.43 | 75.43 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 125,357.48

Remaining balance: $ 423,293.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 423,293.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | 1,500.00 | 0.00 | 1,500.00 |
| 20P | Arthur H. Combs | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 1,500.00

Remaining balance: $ 421,793.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 3,901,765.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | McMaster-Carr Supply Company | 350.29 | 0.00 | 37.87 |
| 2 | Claire Clark | 886,493.15 | 0.00 | 95,832.73 |
| 3 | Mirick, O'Connell, DeMaillie & Lougee, L | 125,286.54 | 0.00 | 13,543.87 |
| 4 | John B. Leavitt | 2,397.85 | 0.00 | 259.22 |
| 5 | Claire Clark | 0.00 | 0.00 | 0.00 |
| 7 | Hogan Lovells US LLP | 5,612.00 | 0.00 | 606.68 |
| 8 | John Cammett | 0.00 | 0.00 | 0.00 |
| 8 -2 | John Cammett | 275,000.00 | 0.00 | 29,728.38 |
| 9 | William Hopper | 270,602.74 | 0.00 | 29,253.02 |
| 10 | Arthur Sherwood M.D. | 151,610.96 | 0.00 | 16,389.63 |
| 11 | Gary Girzon | 145.07 | 0.00 | 15.68 |
| 12 | W.B. Mason Co. Inc. | 533.23 | 0.00 | 57.64 |
| 13 | Farwell Investment Group LP | 51,880.00 | 0.00 | 5,608.39 |
| 14 | Carlyle Lake Investments, LLC | 103,760.00 | 0.00 | 11,216.79 |
| 15 | William Royce Mattson Jr. Revocable Living Trust | 103,760.00 | 0.00 | 11,216.79 |
| 16 | Imagitec LLC | 36,461.93 | 0.00 | 3,941.65 |
| 17 | Trig Solberg | 0.00 | 0.00 | 0.00 |
| 18 | Peter Kiely | 107,495.89 | 0.00 | 11,620.65 |
| 19 | Finnegan, Henderseon, Farabow, Garrett | 99,826.32 | 0.00 | 10,791.54 |
| 20U | Arthur H. Combs | 0.00 | 0.00 | 0.00 |
| 21 | Jacqueline Strohl | 0.00 | 0.00 | 0.00 |
| 22 | William B. Wicka | 0.00 | 0.00 | 0.00 |
| 23 | Eric Strohl | 0.00 | 0.00 | 0.00 |
| 24 | John P. Herron | 0.00 | 0.00 | 0.00 |
| 25 | Joseph S. Offshack | 0.00 | 0.00 | 0.00 |
| 26 | The Myles Strohl ESBT Trust | 825,000.00 | 0.00 | 89,185.13 |

UST Form 101-7-NFR (10/1/2010)

| 27 | Myles L. Strohl | 825,000.00 | 0.00 | 89,185.13 |
| 28 | Benning Associates, LLC | 18,752.87 | 0.00 | 2,027.25 |
| 32 -2 | Massachusetts Life Sciences Center | 11,797.10 | 0.00 | 1,275.30 |

Total to be paid for timely general unsecured claims: $ 421,793.34

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 29 | MA Department of Revenue | 0.00 | 0.00 | 0.00 |
| 30 | New England Independant Review Board, LLC | 0.00 | 0.00 | 0.00 |
| 31 | Donald Jones | 0.00 | 0.00 | 0.00 |
| 32 | Massachusetts Life Sciences Center | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Janice G. Marsh Chapter 7 Trustee

Trustee

Janice G. Marsh Chapter 7 Trustee
446 Main Street, 19th Floor
Worcester, MA  01608
(508) 797-5500
janicemarsh1@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**