**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re: GROVE INSTRUMENTS, INC.                    ) Case No. 15-40733
                                                  )
                                                  )
                                                  ) Chapter 7
_____,          )
              Debtor                              )
                                                  )
Address 100 GROVE STREET                          )
        SUITE 315                                 )
        WORCESTER, MA  01605                      )

Last four digits of Social Security or Individual Tax-
payer Identification (ITIN) No(s).,(if any):_____ )
 6752                                                     )

Employer's Tax Identification (EIN) No(s).(if any):_____ )
_____                     )

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Janice G. Marsh Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $11,162.50 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $423,175.16 | Claims Discharged Without Payment: $3,480,090.78 |
| Total Expenses of Administration: $455,308.76 | |

3) Total gross receipts of $ 878,602.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 118.18 (see **Exhibit 2**), yielded net receipts of $878,483.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 455,308.76 | 455,308.76 | 455,308.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 25,651.00 | 1,500.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 14,820,606.93 | 3,901,765.94 | 423,175.16 |
| **TOTAL DISBURSEMENTS** | $0.00 | $15,301,566.69 | $4,358,574.70 | $878,483.92 |

    4) This case was originally filed under Chapter 7 on April 15, 2015. The case was pending for 53 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/05/2019          By: /s/Janice G. Marsh Chapter 7 Trustee
                                  Trustee, Bar No.: 638575

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund(s) | 1129-000 | 2,056.22 |
| BANK ACCOUNTS - Silicon Valley Bank | 1129-000 | 1,167.09 |
| INTERESTS IN INSURANCE POLICIES | 1129-000 | 8,166.50 |
| Patents | 1129-000 | 25,000.00 |
| Refund from Paychex | 1229-000 | 407.29 |
| Litigation settlement [142 order] | 1241-000 | 60,000.00 |
| Litigation settlement [141 order] | 1241-000 | 567,000.00 |
| Refund from The Mediation Group | 1290-000 | 550.00 |
| For reimbursement of V&L for electronic files | 1290-000 | 1,500.00 |
| Funds paid to NPO | 1290-000 | 2,755.00 |
| Settlement of litigation per #226 order | 1241-000 | 210,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$878,602.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GROVE INSTRUMENTS INC. | ACH transaction for funds paid into court | 8500-000 | 118.18 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$118.18** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Janice G. Marsh Chapter 7 Trustee | 2100-000 | N/A | 47,180.11 | 47,180.11 | 47,180.11 |
| Other - Commonwealth of Mass. | 2820-000 | N/A | 592.00 | 592.00 | 592.00 |
| Other - Commonwealth of Massachusetts | 2820-000 | N/A | 456.00 | 456.00 | 456.00 |
| Other - Commonwealth of Mass. | 2820-000 | N/A | 456.00 | 456.00 | 456.00 |
| Other - Murphy & King, PC | 3210-000 | N/A | 289,461.50 | 289,461.50 | 289,461.50 |
| Other - Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | 3210-000 | N/A | 6,376.00 | 6,376.00 | 6,376.00 |
| Other - Hendel & Collins, PC | 3210-000 | N/A | 218.73 | 218.73 | 218.73 |
| Other - Hendel & Collins, PC | 3210-000 | N/A | 15,623.50 | 15,623.50 | 15,623.50 |
| Other - voided | 3210-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Finnegan, Henderson, Farabow, Garrett & Dunner | 3220-000 | N/A | 1,528.75 | 1,528.75 | 1,528.75 |
| Other - voided | 3220-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Murphy & King, PC | 3220-000 | N/A | 21,639.50 | 21,639.50 | 21,639.50 |
| Other - voided | 3410-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Verdolino & Lowey, PC | 3410-000 | N/A | 44,065.50 | 44,065.50 | 44,065.50 |
| Other - Verdolino & Lowey, PC | 3420-000 | N/A | 6,877.47 | 6,877.47 | 6,877.47 |
| Auctioneer for Trustee Fees (including buyers premiums) - Paul E. Saperstein Co., | 3610-000 | N/A | 4,651.83 | 4,651.83 | 4,651.83 |
| Other - Mitch DeLorenzo | 3992-000 | N/A | 75.43 | 75.43 | 75.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.89 | 13.89 | 13.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.89 | 13.89 | 13.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.88 | 15.88 | 15.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.89 | 13.89 | 13.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.95 | 44.95 | 44.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.17 | 55.17 | 55.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.09 | 50.09 | 50.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 30.00 | 30.00 | 30.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.66 | 50.66 | 50.66 |
| Other - The Mediation Group | 2990-000 | N/A | 2,550.00 | 2,550.00 | 2,550.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.54 | 57.54 | 57.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.65 | 48.65 | 48.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.35 | 53.35 | 53.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.42 | 48.42 | 48.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 376.51 | 376.51 | 376.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,011.06 | 1,011.06 | 1,011.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 757.22 | 757.22 | 757.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 546.48 | 546.48 | 546.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 464.09 | 464.09 | 464.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 512.35 | 512.35 | 512.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 462.08 | 462.08 | 462.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 543.86 | 543.86 | 543.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 493.64 | 493.64 | 493.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 476.49 | 476.49 | 476.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 541.51 | 541.51 | 541.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 475.08 | 475.08 | 475.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 523.50 | 523.50 | 523.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 490.02 | 490.02 | 490.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 473.01 | 473.01 | 473.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 537.50 | 537.50 | 537.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 455.34 | 455.34 | 455.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 632.77 | 632.77 | 632.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 767.36 | 767.36 | 767.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 872.06 | 872.06 | 872.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 765.08 | 765.08 | 765.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 843.05 | 843.05 | 843.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $455,308.76 | $455,308.76 | $455,308.76 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Internal Revenue Service | 5800-000 | N/A | 1,500.00 | 1,500.00 | 0.00 |
| 20P | Arthur H. Combs | 5800-000 | N/A | 24,151.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $25,651.00 | $1,500.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | McMaster-Carr Supply Company | 7100-000 | N/A | 350.29 | 350.29 | 38.01 |
| 2 | Claire Clark | 7100-000 | N/A | 886,493.15 | 886,493.15 | 96,173.54 |
| 3 | Mirick, O'Connell, DeMaillie & Lougee, L | 7100-000 | N/A | 125,286.54 | 125,286.54 | 13,592.04 |
| 4 | John B. Leavitt | 7100-000 | N/A | 8,561.64 | 2,397.85 | 260.14 |
| 5 | Claire Clark | 7100-000 | N/A | 886,493.15 | 0.00 | 0.00 |
| 7 | Hogan Lovells US LLP | 7100-000 | N/A | 5,612.00 | 5,612.00 | 608.83 |
| 8 | John Cammett | 7100-000 | N/A | 1,375,000.00 | 0.00 | 0.00 |
| 8-2 | John Cammett | 7100-000 | N/A | 1,375,000.00 | 275,000.00 | 29,834.10 |
| 9 | William Hopper | 7100-000 | N/A | 270,602.74 | 270,602.74 | 29,357.05 |
| 10 | Arthur Sherwood M.D. | 7100-000 | N/A | 151,610.96 | 151,610.96 | 16,389.63 |
| 11 | Gary Girzon | 7100-000 | N/A | 15,645.00 | 145.07 | 15.68 |
| 12 | W.B. Mason Co. Inc. | 7100-000 | N/A | 533.23 | 533.23 | 57.85 |
| 13 | Farwell Investment Group LP | 7100-000 | N/A | 51,880.00 | 51,880.00 | 5,608.39 |
| 14 | Carlyle Lake Investments, LLC | 7100-000 | N/A | 103,760.00 | 103,760.00 | 11,216.79 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | William Royce Mattson Jr. Revocable Living Trust | 7100-000 | N/A | 103,760.00 | 103,760.00 | 11,256.68 |
| 16 | Imagitec LLC | 7100-000 | N/A | 36,461.93 | 36,461.93 | 3,955.67 |
| 17 | Trig Solberg | 7100-000 | N/A | 802,767.12 | 0.00 | 0.00 |
| 18 | Peter Kiely | 7100-000 | N/A | 107,495.89 | 107,495.89 | 11,661.97 |
| 19 | Finnegan, Henderseon, Farabow, Garrett | 7100-000 | N/A | 99,826.32 | 99,826.32 | 10,829.92 |
| 20U | Arthur H. Combs | 7100-000 | N/A | 12,596.00 | 0.00 | 0.00 |
| 21 | Jacqueline Strohl | 7100-000 | N/A | 100,000.00 | 0.00 | 0.00 |
| 22 | William B. Wicka | 7100-000 | N/A | 250,000.00 | 0.00 | 0.00 |
| 23 | Eric Strohl | 7100-000 | N/A | 200,000.00 | 0.00 | 0.00 |
| 24 | John P. Herron | 7100-000 | N/A | 75,000.00 | 0.00 | 0.00 |
| 25 | Joseph S. Offshack | 7100-000 | N/A | 100,000.00 | 0.00 | 0.00 |
| 26 | The Myles Strohl ESBT Trust | 7100-000 | N/A | 1,225,000.00 | 825,000.00 | 89,502.29 |
| 27 | Myles L. Strohl | 7100-000 | N/A | 4,028,456.00 | 825,000.00 | 89,502.29 |
| 28 | Benning Associates, LLC | 7100-000 | N/A | 18,752.87 | 18,752.87 | 2,034.45 |
| 29 | MA Department of Revenue | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 30 | New England Independant Review Board, LLC | 7200-000 | N/A | 3,230.00 | 0.00 | 0.00 |
| 31 | Donald Jones | 7200-000 | N/A | 256,792.78 | 0.00 | 0.00 |
| 32 | Massachusetts Life Sciences Center | 7200-000 | N/A | 1,071,819.66 | 0.00 | 0.00 |
| 32 -2 | Massachusetts Life Sciences Center | 7100-000 | N/A | 1,071,819.66 | 11,797.10 | 1,279.84 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $14,820,606.93 | $3,901,765.94 | $423,175.16 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40733  
**Case Name:** GROVE INSTRUMENTS, INC.

**Trustee:** (410440) Janice G. Marsh Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/15/15 (f)  
**§341(a) Meeting Date:** 05/21/15

**Period Ending:** 09/05/19  
**Claims Bar Date:** 08/19/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Refund(s) (u) | 0.00 | 0.00 | | 2,056.22 | FA |
| 2 | BANK ACCOUNTS - Silicon Valley Bank | 200.00 | 1,167.09 | | 1,167.09 | FA |
| 3 | SECURITY DEPOSITS | 1,162.50 | 1,162.50 | | 0.00 | FA |
| 4 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 8,166.50 | FA |
| 5 | Patents | Unknown | 0.00 | | 25,000.00 | FA |
| 6 | Trademark of Grove    Value included in #5 Patents | Unknown | 0.00 | | 0.00 | FA |
| 7 | Trademark of Grove Instruments    Value included in #5 Patents | Unknown | 0.00 | | 0.00 | FA |
| 8 | Trademark for Optical Bridge    Value included in #5 Patents | Unknown | 0.00 | | 0.00 | FA |
| 9 | Trademark for The Measured Self    Value included in #5 Patents | Unknown | 0.00 | | 0.00 | FA |
| 10 | WEARING APPAREL | 0.00 | 0.00 | | 0.00 | FA |
| 11 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 10,000.00 | 10,000.00 | OA | 0.00 | FA |
| 12 | Prototypes    Valued included in #5 Patents | Unknown | 0.00 | | 0.00 | FA |
| 13 | Refund from Paychex (u) | 0.00 | 0.00 | | 407.29 | FA |
| 14 | Litigation settlement [142 order] (u) | 0.00 | 0.00 | | 60,000.00 | FA |
| 15 | Litigation settlement [141 order] (u) | 0.00 | 0.00 | | 567,000.00 | FA |
| 16 | Refund from The Mediation Group (u) | 0.00 | 0.00 | | 550.00 | FA |
| 17 | VOIDED | 0.00 | 0.00 | | 0.00 | FA |
| 18 | For reimbursement of V&L for electronic files (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 19 | Funds paid to NPO (u) | 2,755.00 | 2,755.00 | | 2,755.00 | FA |
| 20 | Settlement of litigation per #226 order (u) | 0.00 | 0.00 | | 210,000.00 | FA |
| **20** | **Assets   Totals** (Excluding unknown values) | **$15,617.50** | **$16,584.59** | | **$878,602.10** | **$0.00** |

Printed: 09/05/2019 06:02 PM    V.14.50

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-40733  
**Case Name:** GROVE INSTRUMENTS, INC.

**Period Ending:** 09/05/19

**Trustee:** (410440)   Janice G. Marsh Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/15/15 (f)  
**§341(a) Meeting Date:** 05/21/15  
**Claims Bar Date:** 08/19/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

7-14-18 A motion to approve stipulation is set for hearing on 7-19-18. The trustee will review again the claims register to ensure that all claims have been accounted for. She is awaiting a fee application from her accountant. After these matters have been resolved or concluded, she will submit her TFR.

7-17-17 The court on 7-14-17 issued an opinion denying a motion to approve a settlement in adversary proceeding no. 16-4011 that had sought a bar order against third parties. The trustee's counsel is in the process of discussing the proceeding with other parties. Claims have been reviewed; objections have been resolved.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2017     **Current Projected Date Of Final Report (TFR):**   August 31, 2018  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-40733  
**Case Name:** GROVE INSTRUMENTS, INC.  

**Taxpayer ID #:** **-***6752  
**Period Ending:** 09/05/19  

**Trustee:** Janice G. Marsh Chapter 7 Trustee (410440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $26,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/15 | {1} | BlueCross BlueShield of Mass. | Refund | 1129-000 | 364.22 | | 364.22 |
| 06/26/15 | {2} | Silicon Valley Bank | Balance in account ending 4927; received 6-26-15, when the trustee was in NH attending an auction | 1129-000 | 1,167.09 | | 1,531.31 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,521.31 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,511.31 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,501.31 |
| 09/08/15 | {4} | IPFS Corp. | Insurance refund | 1129-000 | 2.70 | | 1,504.01 |
| 09/08/15 | {4} | IPFS Corp. | Insurance refund | 1129-000 | 2,085.00 | | 3,589.01 |
| 09/11/15 | {4} | Sullivan Insurance Group, Inc. | Insurance refund | 1129-000 | 6,078.80 | | 9,667.81 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,657.81 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.89 | 9,643.92 |
| 11/02/15 | {13} | Paychex | Readychex refund | 1229-000 | 407.29 | | 10,051.21 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.89 | 10,037.32 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.88 | 10,021.44 |
| 01/29/16 | {5} | Valoa Technologies, Inc. | Deposit on purchase at auction per #56 order received at auction 1-27-16 | 1129-000 | 5,000.00 | | 15,021.44 |
| 01/29/16 | {5} | Valoa Technologies, Inc. | Balance due on purchase at auction #56 order; check actually received on 1-28-16 | 1129-000 | 20,000.00 | | 35,021.44 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.89 | 35,007.55 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.95 | 34,962.60 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.17 | 34,907.43 |
| 04/07/16 | {1} | Sullivan Insurance Group, Inc. | Refund due to cancellation of insurance; received on actually 4-6-16 | 1129-000 | 1,692.00 | | 36,599.43 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.09 | 36,549.34 |
| 05/18/16 | 101 | United States Bankruptcy Court | CD for hearing in AP 16-4011 on 5-18-16 | 2700-000 | | 30.00 | 36,519.34 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.66 | 36,468.68 |
| 06/29/16 | 102 | The Mediation Group | Debtor's share of mediation | 2990-000 | | 2,550.00 | 33,918.68 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.54 | 33,861.14 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.65 | 33,812.49 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.35 | 33,759.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.42 | 33,710.72 |
| 10/17/16 | {14} | Day Pitney LLP | Payment per #142 order approving settlement | 1241-000 | 60,000.00 | | 93,710.72 |
| 10/17/16 | {15} | Jones Day | Payment per #141 order approving settlement agreement | 1241-000 | 567,000.00 | | 660,710.72 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 376.51 | 660,334.21 |
| 11/03/16 | {16} | The Mediation Group | Refund of prepayment of mediation fee, | 1290-000 | 550.00 | | 660,884.21 |

Subtotals :              $664,347.10         $3,462.89

{} Asset reference(s)                                                                                     Printed: 09/05/2019 06:02 PM        V.14.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 15-40733 | | Trustee: | Janice G. Marsh Chapter 7 Trustee (410440) |
|---|---|---|---|---|
| Case Name: | GROVE INSTRUMENTS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2966 - Checking Account |
| Taxpayer ID #: | **-***6752 | | Blanket Bond: | $26,500,000.00   (per case limit) |
| Period Ending: | 09/05/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | received actually 11-2-16 | | | | |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,011.06 | 659,873.15 |
| 12/13/16 | 103 | Paul E. Saperstein Co., Inc. | Per #164 order and #146 application | 3610-000 | | 4,651.83 | 655,221.32 |
| 12/13/16 | 104 | Hendel & Collins, PC | Per #165 order and #147 application | 3210-000 | | 15,623.50 | 639,597.82 |
| 12/13/16 | 105 | Hendel & Collins, PC | Per #165 order and #147 application | 3210-000 | | 218.73 | 639,379.09 |
| 12/13/16 | 106 | Verdolino & Lowey, PC | Per #166 order and #145 application | 3410-000 | | 31,365.50 | 608,013.59 |
| 12/13/16 | 107 | Verdolino & Lowey, PC | Per #166 order and #145 application | 3420-000 | | 3,625.36 | 604,388.23 |
| 12/13/16 | 108 | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Per #167 order and #148 application | 3210-000 | | 6,376.00 | 598,012.23 |
| 12/13/16 | 109 | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Per #167 order and #148 application | 3220-000 | | 1,528.75 | 596,483.48 |
| 12/13/16 | 110 | Murphy & King, PC | Per #168 order and #144 application | 3210-000 | | 213,636.50 | 382,846.98 |
| 12/13/16 | 111 | Murphy & King, PC | Per #168 order and #144 application | 3220-000 | | 17,261.59 | 365,585.39 |
| 12/16/16 | 112 | Janice G. Marsh Chapter 7 Trustee | Per #163 order | 2100-000 | | 17,977.65 | 347,607.74 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 757.22 | 346,850.52 |
| 01/26/17 | 113 | Mitch DeLorenzo | Reimbursement to former CEO for expenses he incurred in connection with 1099s for 2015 | 3992-000 | | 75.43 | 346,775.09 |
| 01/31/17 | 114 | Commonwealth of Mass. | Form 355 12-31-15 | 2820-000 | | 592.00 | 346,183.09 |
| 01/31/17 | 115 | Commonwealth of Mass. | Form 355 12-31-16 | 2820-000 | | 456.00 | 345,727.09 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 546.48 | 345,180.61 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 464.09 | 344,716.52 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 512.35 | 344,204.17 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 462.08 | 343,742.09 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 543.86 | 343,198.23 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 493.64 | 342,704.59 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 476.49 | 342,228.10 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 541.51 | 341,686.59 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 475.08 | 341,211.51 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 523.50 | 340,688.01 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 490.02 | 340,197.99 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 473.01 | 339,724.98 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 537.50 | 339,187.48 |
| 02/28/18 | 116 | Commonwealth of Massachusetts | Postpetition state tax | 2820-000 | | 456.00 | 338,731.48 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 455.34 | 338,276.14 |
| 03/05/18 | {18} | Murphy & King, PC IOLTA | Money wired from Shendell & Pollock to Hanify & King, PC, for reimbursement of Verdolino & Lowey's work to produce electronic files for | 1290-000 | 1,500.00 | | 339,776.14 |

Subtotals :    $1,500.00    $322,608.07

{} Asset reference(s)    Printed: 09/05/2019 06:02 PM    V.14.50

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-40733  
**Case Name:** GROVE INSTRUMENTS, INC.  
**Taxpayer ID #:** **-***6752  
**Period Ending:** 09/05/19  

**Trustee:** Janice G. Marsh Chapter 7 Trustee (410440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $26,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Shendell & Pollock.  Check received by mail on actually Saturday, 3-3-18. |  |  |  |  |
| 03/05/18 | {19} | Nickless and Phillips, PC IOLTA | Per DMN, balance of funds that had been turned over to him by the debtor immediately prior to the commencement of the bankr. case and that, he believes, belogn to the estate and not to NPO | 1290-000 | 2,755.00 |  | 342,531.14 |
| 03/14/18 | {20} | Berkley Insurance Co. | Per #226 order approving #220 motion to approve #219 Agreement and Release | 1241-000 | 210,000.00 |  | 552,531.14 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 632.77 | 551,898.37 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 767.36 | 551,131.01 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 872.06 | 550,258.95 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 765.08 | 549,493.87 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 843.05 | 548,650.82 |
| 11/29/18 | 117 | Janice G. Marsh Chapter 7 Trustee | Dividend paid 100.00% on $47,180.11, Trustee Compensation;  Reference: | 2100-000 |  | 29,202.46 | 519,448.36 |
| 11/29/18 | 118 | Verdolino & Lowey, PC | Dividend paid 100.00% on $44,065.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 |  | 12,700.00 | 506,748.36 |
| 11/29/18 | 119 | Murphy & King, PC | Dividend paid 100.00% on $289,461.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 |  | 75,825.00 | 430,923.36 |
| 11/29/18 | 120 | Murphy & King, PC | Dividend paid 100.00% on $21,639.50, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 |  | 4,377.91 | 426,545.45 |
| 11/29/18 | 121 | Verdolino & Lowey, PC | Dividend paid 100.00% on $6,877.47, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 |  | 3,252.11 | 423,293.34 |
| 11/29/18 | 122 | Internal Revenue Service | Dividend paid 100.00% on $1,500.00; Claim# 6; Filed: $1,500.00; Reference:<br>Voided on 03/01/19 | 5800-000 |  | 1,500.00 | 421,793.34 |
| 11/29/18 | 123 | McMaster-Carr Supply Company | Dividend paid  10.81% on $350.29; Claim# 1; Filed: $350.29; Reference:<br>Stopped on 11/30/18 | 7100-000 |  | 37.87 | 421,755.47 |
| 11/29/18 | 124 | Claire Clark | Dividend paid  10.81% on $886,493.15; Claim# 2; Filed: $886,493.15; Reference: | 7100-000 |  | 95,832.73 | 325,922.74 |
| 11/29/18 | 125 | Mirick, O'Connell, DeMaillie & Lougee, L | Dividend paid  10.81% on $125,286.54; Claim# 3; Filed: $125,286.54; Reference:<br>Stopped on 11/30/18 | 7100-000 |  | 13,543.87 | 312,378.87 |

Subtotals :   $212,755.00   $240,152.27

{} Asset reference(s)   Printed: 09/05/2019 06:02 PM   V.14.50

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 15-40733 | Trustee: | Janice G. Marsh Chapter 7 Trustee (410440) |
|---|---|---|---|
| Case Name: | GROVE INSTRUMENTS, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******2966 - Checking Account |
| Taxpayer ID #: | **-***6752 | Blanket Bond: | $26,500,000.00   (per case limit) |
| Period Ending: | 09/05/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/29/18 | 126 | John B. Leavitt | Dividend paid  10.81% on $2,397.85; Claim# 4; Filed: $8,561.64; Reference: | 7100-000 | | 259.22 | 312,119.65 |
| 11/29/18 | 127 | Hogan Lovells US LLP | Dividend paid  10.81% on $5,612.00; Claim# 7; Filed: $5,612.00; Reference: | 7100-000 | | 606.68 | 311,512.97 |
| 11/29/18 | 128 | John Cammett | Dividend paid  10.81% on $275,000.00; Claim# 8 -2; Filed: $1,375,000.00; Reference: Stopped on 11/30/18 | 7100-000 | | 29,728.38 | 281,784.59 |
| 11/29/18 | 129 | William Hopper | Dividend paid  10.81% on $270,602.74; Claim# 9; Filed: $270,602.74; Reference: | 7100-000 | | 29,253.02 | 252,531.57 |
| 11/29/18 | 130 | Arthur Sherwood M.D. | Dividend paid  10.81% on $151,610.96; Claim# 10; Filed: $151,610.96; Reference: | 7100-000 | | 16,389.63 | 236,141.94 |
| 11/29/18 | 131 | Gary Girzon | Dividend paid  10.81% on $145.07; Claim# 11; Filed: $15,645.00; Reference: | 7100-000 | | 15.68 | 236,126.26 |
| 11/29/18 | 132 | W.B. Mason Co. Inc. | Dividend paid  10.81% on $533.23; Claim# 12; Filed: $533.23; Reference: | 7100-000 | | 57.64 | 236,068.62 |
| 11/29/18 | 133 | Farwell Investment Group LP | Dividend paid  10.81% on $51,880.00; Claim# 13; Filed: $51,880.00; Reference: | 7100-000 | | 5,608.39 | 230,460.23 |
| 11/29/18 | 134 | Carlyle Lake Investments, LLC | Dividend paid  10.81% on $103,760.00; Claim# 14; Filed: $103,760.00; Reference: | 7100-000 | | 11,216.79 | 219,243.44 |
| 11/29/18 | 135 | William Royce Mattson Jr. Revocable Living Trust | Dividend paid  10.81% on $103,760.00; Claim# 15; Filed: $103,760.00; Reference: | 7100-000 | | 11,216.79 | 208,026.65 |
| 11/29/18 | 136 | Imagitec LLC | Dividend paid  10.81% on $36,461.93; Claim# 16; Filed: $36,461.93; Reference: Stopped on 03/01/19 | 7100-000 | | 3,941.65 | 204,085.00 |
| 11/29/18 | 137 | Peter Kiely | Dividend paid  10.81% on $107,495.89; Claim# 18; Filed: $107,495.89; Reference: | 7100-000 | | 11,620.65 | 192,464.35 |
| 11/29/18 | 138 | Finnegan, Henderseon, Farabow, Garrett | Dividend paid  10.81% on $99,826.32; Claim# 19; Filed: $99,826.32; Reference: | 7100-000 | | 10,791.54 | 181,672.81 |
| 11/29/18 | 139 | The Myles Strohl ESBT Trust | Dividend paid  10.81% on $825,000.00; Claim# 26; Filed: $1,225,000.00; Reference: | 7100-000 | | 89,185.13 | 92,487.68 |
| 11/29/18 | 140 | Myles L. Strohl | Dividend paid  10.81% on $825,000.00; Claim# 27; Filed: $4,028,456.00; Reference: | 7100-000 | | 89,185.13 | 3,302.55 |
| 11/29/18 | 141 | Benning Associates, LLC | Dividend paid  10.81% on $18,752.87; Claim# 28; Filed: $18,752.87; Reference: | 7100-000 | | 2,027.25 | 1,275.30 |
| 11/29/18 | 142 | Massachusetts Life Sciences Center | Dividend paid  10.81% on $11,797.10; Claim# 32 -2; Filed: $1,071,819.66; Reference: | 7100-000 | | 1,275.30 | 0.00 |
| 11/30/18 | 123 | McMaster-Carr Supply Company | Dividend paid  10.81% on $350.29; Claim# 1; Filed: $350.29; Reference: Stopped: check issued on 11/29/18 | 7100-000 | | -37.87 | 37.87 |

Subtotals :    $0.00    $312,341.00

{} Asset reference(s)

Printed: 09/05/2019 06:02 PM    V.14.50

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 15-40733 | | Trustee: | Janice G. Marsh Chapter 7 Trustee (410440) |
|---|---|---|---|---|
| Case Name: | GROVE INSTRUMENTS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2966 - Checking Account |
| Taxpayer ID #: | **-***6752 | | Blanket Bond: | $26,500,000.00  (per case limit) |
| Period Ending: | 09/05/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/18 | 125 | Mirick, O'Connell, DeMaillie & Lougee, L | Dividend paid  10.81% on $125,286.54; Claim# 3; Filed: $125,286.54; Reference: Stopped: check issued on 11/29/18 | 7100-000 | | -13,543.87 | 13,581.74 |
| 11/30/18 | 128 | John Cammett | Dividend paid  10.81% on $275,000.00; Claim# 8 -2; Filed: $1,375,000.00; Reference: Stopped: check issued on 11/29/18 | 7100-000 | | -29,728.38 | 43,310.12 |
| 11/30/18 | 143 | Internal Revenue Service | Re-issued check; claim no. 6 Voided on 03/01/19 | 5800-000 | | 1,500.00 | 41,810.12 |
| 11/30/18 | 144 | McMaster-Carr Supply Company | Re-issued check; claim no. 1 | 7100-000 | | 37.87 | 41,772.25 |
| 11/30/18 | 145 | Mirick, O'Connell, DeMaillie & Lougee, L | Re-issued check; claim no. 3 | 7100-000 | | 13,543.87 | 28,228.38 |
| 11/30/18 | 146 | John Cammett | Re-issued check; claim no. 8-2 | 7100-000 | | 29,728.38 | -1,500.00 |
| 03/01/19 | 122 | Internal Revenue Service | Dividend paid 100.00% on $1,500.00; Claim# 6; Filed: $1,500.00; Reference: Voided: check issued on 11/29/18 | 5800-000 | | -1,500.00 | 0.00 |
| 03/01/19 | 136 | Imagitec LLC | Dividend paid  10.81% on $36,461.93; Claim# 16; Filed: $36,461.93; Reference: Stopped: check issued on 11/29/18 | 7100-000 | | -3,941.65 | 3,941.65 |
| 03/01/19 | 143 | Internal Revenue Service | Re-issued check; claim no. 6 Voided: check issued on 11/30/18 | 5800-000 | | -1,500.00 | 5,441.65 |
| 03/18/19 | 147 | Imagitec LLC | Re-issued check to current address | 7100-000 | | 3,941.65 | 1,500.00 |
| 03/21/19 | 148 | McMaster-Carr Supply Company | Dividend paid  10.84% on $350.29; Claim# 1; Filed: $350.29; Reference: Voided on 03/21/19 | 7100-000 | | 0.14 | 1,499.86 |
| 03/21/19 | 148 | McMaster-Carr Supply Company | Dividend paid  10.84% on $350.29; Claim# 1; Filed: $350.29; Reference: Voided: check issued on 03/21/19 | 7100-000 | | -0.14 | 1,500.00 |
| 03/21/19 | 149 | Claire Clark | Dividend paid  10.84% on $886,493.15; Claim# 2; Filed: $886,493.15; Reference: | 7100-000 | | 340.81 | 1,159.19 |
| 03/21/19 | 150 | Mirick, O'Connell, DeMaillie & Lougee, L | Dividend paid  10.84% on $125,286.54; Claim# 3; Filed: $125,286.54; Reference: Voided on 03/21/19 | 7100-000 | | 48.17 | 1,111.02 |
| 03/21/19 | 150 | Mirick, O'Connell, DeMaillie & Lougee, L | Dividend paid  10.84% on $125,286.54; Claim# 3; Filed: $125,286.54; Reference: Voided: check issued on 03/21/19 | 7100-000 | | -48.17 | 1,159.19 |
| 03/21/19 | 151 | John B. Leavitt | Dividend paid  10.84% on $2,397.85; Claim# 4; Filed: $8,561.64; Reference: | 7100-000 | | 0.92 | 1,158.27 |
| 03/21/19 | 152 | Hogan Lovells US LLP | Dividend paid  10.84% on $5,612.00; Claim# 7; Filed: $5,612.00; Reference: | 7100-000 | | 2.15 | 1,156.12 |

Subtotals :          $0.00       $-1,118.25

{} Asset reference(s)                                                                       Printed: 09/05/2019 06:02 PM     V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 15-40733  
**Case Name:** GROVE INSTRUMENTS, INC.  
**Taxpayer ID #:** **-***6752  
**Period Ending:** 09/05/19

**Trustee:** Janice G. Marsh Chapter 7 Trustee (410440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $26,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/19 | 153 | John Cammett | Dividend paid  10.84% on $275,000.00; Claim# 8 -2; Filed: $1,375,000.00; Reference: Voided on 03/21/19 | 7100-000 | | 105.72 | 1,050.40 |
| 03/21/19 | 153 | John Cammett | Dividend paid  10.84% on $275,000.00; Claim# 8 -2; Filed: $1,375,000.00; Reference: Voided: check issued on 03/21/19 | 7100-000 | | -105.72 | 1,156.12 |
| 03/21/19 | 154 | William Hopper | Dividend paid  10.84% on $270,602.74; Claim# 9; Filed: $270,602.74; Reference: | 7100-000 | | 104.03 | 1,052.09 |
| 03/21/19 | 155 | Arthur Sherwood M.D. | Dividend paid  10.84% on $151,610.96; Claim# 10; Filed: $151,610.96; Reference: Stopped on 06/20/19 | 7100-000 | | 58.28 | 993.81 |
| 03/21/19 | 156 | Gary Girzon | Dividend paid  10.84% on $145.07; Claim# 11; Filed: $15,645.00; Reference: Stopped on 06/20/19 | 7100-000 | | 0.06 | 993.75 |
| 03/21/19 | 157 | W.B. Mason Co. Inc. | Dividend paid  10.84% on $533.23; Claim# 12; Filed: $533.23; Reference: | 7100-000 | | 0.21 | 993.54 |
| 03/21/19 | 158 | Farwell Investment Group LP | Dividend paid  10.84% on $51,880.00; Claim# 13; Filed: $51,880.00; Reference: Stopped on 06/20/19 | 7100-000 | | 19.95 | 973.59 |
| 03/21/19 | 159 | Carlyle Lake Investments, LLC | Dividend paid  10.84% on $103,760.00; Claim# 14; Filed: $103,760.00; Reference: Stopped on 06/20/19 | 7100-000 | | 39.89 | 933.70 |
| 03/21/19 | 160 | William Royce Mattson Jr. Revocable Living Trust | Dividend paid  10.84% on $103,760.00; Claim# 15; Filed: $103,760.00; Reference: | 7100-000 | | 39.89 | 893.81 |
| 03/21/19 | 161 | Imagitec LLC | Dividend paid  10.84% on $36,461.93; Claim# 16; Filed: $36,461.93; Reference: Voided on 03/21/19 | 7100-000 | | 14.02 | 879.79 |
| 03/21/19 | 161 | Imagitec LLC | Dividend paid  10.84% on $36,461.93; Claim# 16; Filed: $36,461.93; Reference: Voided: check issued on 03/21/19 | 7100-000 | | -14.02 | 893.81 |
| 03/21/19 | 162 | Peter Kiely | Dividend paid  10.84% on $107,495.89; Claim# 18; Filed: $107,495.89; Reference: | 7100-000 | | 41.32 | 852.49 |
| 03/21/19 | 163 | Finnegan, Henderseon, Farabow, Garrett | Dividend paid  10.84% on $99,826.32; Claim# 19; Filed: $99,826.32; Reference: | 7100-000 | | 38.38 | 814.11 |
| 03/21/19 | 164 | The Myles Strohl ESBT Trust | Dividend paid  10.84% on $825,000.00; Claim# 26; Filed: $1,225,000.00; Reference: Voided on 03/21/19 | 7100-000 | | 317.16 | 496.95 |
| 03/21/19 | 164 | The Myles Strohl ESBT Trust | Dividend paid  10.84% on $825,000.00; Claim# 26; Filed: $1,225,000.00; Reference: | 7100-000 | | -317.16 | 814.11 |

Subtotals :         $0.00         $342.01

{} Asset reference(s)                                                                                                    Printed: 09/05/2019 06:02 PM    V.14.50

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 15-40733 | | Trustee: | Janice G. Marsh Chapter 7 Trustee (410440) |
|---|---|---|---|---|
| Case Name: | GROVE INSTRUMENTS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2966 - Checking Account |
| Taxpayer ID #: | **-***6752 | | Blanket Bond: | $26,500,000.00 (per case limit) |
| Period Ending: | 09/05/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided: check issued on 03/21/19 | | | | |
| 03/21/19 | 165 | Myles L. Strohl | Dividend paid 10.84% on $825,000.00; Claim# 27; Filed: $4,028,456.00; Reference: Voided on 03/21/19 | 7100-000 | | 317.16 | 496.95 |
| 03/21/19 | 165 | Myles L. Strohl | Dividend paid 10.84% on $825,000.00; Claim# 27; Filed: $4,028,456.00; Reference: Voided: check issued on 03/21/19 | 7100-000 | | -317.16 | 814.11 |
| 03/21/19 | 166 | Benning Associates, LLC | Dividend paid 10.84% on $18,752.87; Claim# 28; Filed: $18,752.87; Reference: | 7100-000 | | 7.20 | 806.91 |
| 03/21/19 | 167 | Massachusetts Life Sciences Center | Dividend paid 10.84% on $11,797.10; Claim# 32 -2; Filed: $1,071,819.66; Reference: | 7100-000 | | 4.54 | 802.37 |
| 03/21/19 | 168 | Mirick, O'Connell, DeMaillie & Lougee, L | | 7100-000 | | 48.17 | 754.20 |
| 03/21/19 | 169 | McMaster-Carr Supply Company | | 7100-000 | | 0.14 | 754.06 |
| 03/21/19 | 170 | John Cammett | | 7100-000 | | 105.72 | 648.34 |
| 03/21/19 | 171 | Imagitec LLC | | 7100-000 | | 14.02 | 634.32 |
| 03/21/19 | 172 | The Myles Strohl ESBT Trust | | 7100-000 | | 317.16 | 317.16 |
| 03/21/19 | 173 | Myles L. Strohl | | 7100-000 | | 317.16 | 0.00 |
| 06/20/19 | 155 | Arthur Sherwood M.D. | Dividend paid 10.84% on $151,610.96; Claim# 10; Filed: $151,610.96; Reference: Stopped: check issued on 03/21/19 | 7100-000 | | -58.28 | 58.28 |
| 06/20/19 | 156 | Gary Girzon | Dividend paid 10.84% on $145.07; Claim# 11; Filed: $15,645.00; Reference: Stopped: check issued on 03/21/19 | 7100-000 | | -0.06 | 58.34 |
| 06/20/19 | 158 | Farwell Investment Group LP | Dividend paid 10.84% on $51,880.00; Claim# 13; Filed: $51,880.00; Reference: Stopped: check issued on 03/21/19 | 7100-000 | | -19.95 | 78.29 |
| 06/20/19 | 159 | Carlyle Lake Investments, LLC | Dividend paid 10.84% on $103,760.00; Claim# 14; Filed: $103,760.00; Reference: Stopped: check issued on 03/21/19 | 7100-000 | | -39.89 | 118.18 |
| 07/23/19 | | GROVE INSTRUMENTS INC. | ACH transaction for funds paid into court | 8500-000 | | 118.18 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | | 878,602.10 | 878,602.10 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | Subtotal | | | 878,602.10 | 878,602.10 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $878,602.10 | $878,602.10 | |

{} Asset reference(s)      Printed: 09/05/2019 06:02 PM   V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 15-40733  
**Case Name:** GROVE INSTRUMENTS, INC.

**Taxpayer ID #:** **-***6752  
**Period Ending:** 09/05/19

**Trustee:** Janice G. Marsh Chapter 7 Trustee (410440)  
**Bank Name:** United Bank  
**Account:** ********9665 - Checking Account  
**Blanket Bond:** $26,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Net Receipts : 878,602.10  
Net Estate : $878,602.10

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2966** | 878,602.10 | 878,602.10 | 0.00 |
| **Checking # ********9665** | 0.00 | 0.00 | 0.00 |
| | $878,602.10 | $878,602.10 | $0.00 |

{} Asset reference(s)

Printed: 09/05/2019 06:02 PM   V.14.50